IN THE UNITED STATES BANKRUPTCY COURT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **TOP ROOFING, INC** * | Chapter 11 | |
| DEBTOR | | |
| * | Case Number 11-22814 | |
| * * * * * * * * * * * * * * * | | |
| **THOMAS COX** * | | |
| And * | | |
| **TOP ROOFING, INC.** * | | |
| PLAINTIFFS * | Adver No.: 12-00041 | |
| Vs. * | | |
| **ROY KIRBY & SONS, INC** * | | |
| And * | | |
| **ANASTASIA E. THOMAS** * | | |
| DEFENDANT'S * | | |
| * * * * * * * * * * * * * * * | | |

### NOTICE OF PLAINTIFF'S EXPERT

**NOW COMES**, Top Roofing, Inc., and Thomas Cox, "Plaintiffs", by their undersigned counsel and in accordance with the Court's Scheduling Order, Note the following experts:

        **Marc Kivitz, Esquire**
        **201 North Charles Street**
        **Suite 1330**
        **Baltimore, Maryland 21201**
        **410-625-2300**

Mr. Kivitz will proffer expert testimony consistent with Exhibit A. Mr. Kivitz Curriculum Vitae is attached and incorporated herein as Exhibit B.

1

Respectfully Submitted,

/s/ Kim Parker

_____
KIM PARKER, ESQUIRE
FEDERAL BAR NO.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
410-234-2612 Facsimile
kp@kimparkerlaw.com ,email

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  7th  day of   May  2012, a copy of the foregoing: **PLAINTIFF'S DESIGNATION OF EXPERT'S**  was e-mailed to:

Francis R. Laws, Esquire
Counsel to Defendant's

/s/ Kim Parker
_____
Kim Parker, Esquire

2