# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| TOP ROOFING, INC. | * | Case No.: 11-22814 |
| Debtor | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| THOMAS L. COX | * | |
| and | * | |
| TOP ROOFING, INC. | * | Adversary No.: 12-00041 |
| Plaintiffs | * | |
| vs. | * | |
| ROY KIRBY & SONS, INC. | * | |
| and | * | |
| ANASTASIA E. THOMAS | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19th day of April 2012, copies of the following documents were served on Kim D. Parker, Esquire of the Law Offices of Kim Parker, P.A., attorneys for Plaintiffs, Top Roofing, Inc. and Thomas L. Cox, via hand delivery at 2123 Maryland Avenue, Baltimore, Maryland 21218 and via email at kp@kimparkerlaw.com:

1. Defendants' First Set of Interrogatories to Top Roofing, Inc.;
2. Defendants' First Requests for Production of Documents and Things to Top Roofing, Inc.;
3. Defendants' First Set of Interrogatories to Thomas L. Cox;
4. Defendants' First Requests for Production of Documents and Things to Thomas L. Cox; and
5. Defendants' Notice of Deposition to Corporate Designee of Top Roofing, Inc.

/s/
Anastasia E. Thomas

I:\CLIENTS\OPEN\010207\049\Adversary Proceeding\Pleadings\Certificate of Service - First Set of Discovery Requests.docx