# EXHIBIT 6

# Frank Laws

| | |
|---|---|
| From: | Frank Laws |
| Sent: | Wednesday, May 23, 2012 4:34 PM |
| To: | 'Kim Parker, Esq.'; 'Kim Parker, Esq' |
| Cc: | Anastasia Thomas; Jean Longo |
| Subject: | Discovery Responses |

Kim:

My calendar reflects a due date for our discovery requests of yesterday. When may we expect to receive them? If I have calendared this incorrectly, please let me know.

Frank

*Francis R. Laws*
*Thomas & Libowitz, P.A.*
*100 Light Street*
*Baltimore, MD 21202*
*(443)927-2119 (direct)*
*(410)752-2468 (switchboard)*
*(410)456-3585 (cell)*
*(410)752-0979 (fax)*
*flaws@tandllaw.com*

**LEGAL NOTICE**

Unless expressly stated otherwise, this e-mail is intended to be confidential and may be privileged. It is intended for the addressees only. Access to this e-mail by anyone except addressees is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. E-mail communications may be intercepted or inadvertently misdirected. Absent a written engagement letter signed by Thomas & Libowitz, the relationship of attorney/client shall not be, and is not, established solely as a result of the transmission of this e-mail.

U.S. Treasury Circular 230 restricts written federal tax advice contained in this communication (including attachments), and nothing in this message is intended to, or may, be used (a) to avoid any penalty that may be imposed under the internal revenue code or (b) to promote, market or recommend to another party any tax-related matter or transaction. This disclosure is provided on all outbound e-mails to assure compliance with standards of professional tax practice, pursuant to which certain advice must satisfy requirements as to form and substance.