# EXHIBIT 20

## Frank Laws

| | |
|---|---|
| **From:** | Kim Parker [kp@kimparkerlaw.com] |
| **Sent:** | Wednesday, June 20, 2012 2:31 PM |
| **To:** | Frank Laws |
| **Cc:** | Anastasia Thomas |
| **Subject:** | RE: Deposition |
| **Attachments:** | Top Roofing 1.pdf; Top Roofing 2.pdf; Top Roofing 3.pdf |
| **Importance:** | High |

Mr. Laws:

Consistent with your prior email wherein you stated you would not provide your clients for deposition and with our communication respecting possible settlement of this matter. This will confirm that the deposition of your clients have been cancelled

Attached hereto are the records we promised to provide.

I await your response.

Respectfully,

Kim Parker, Esq.
410-234-2621

---

**From:** Frank Laws [mailto:FLaws@tandllaw.com]
**Sent:** Tuesday, June 19, 2012 4:32 PM
**To:** Kim Parker
**Cc:** Anastasia Thomas
**Subject:** Deposition

Kim:

**We will have a settlement offer to you tomorrow. However, although you said you would be supplementing your discovery responses, we have not seen anything yet. Please forward responsive documents via email, or tell us where we can pick them up.**

Frank

---

*Francis R. Laws*
*Thomas & Libowitz, P.A.*
*100 Light Street*
*Baltimore, MD 21202*
*(443)927-2119 (direct)*
*(410)752-2468 (switchboard)*
*(410)456-3585 (cell)*
*(410)752-0979 (fax)*
*flaws@tandllaw.com*

**LEGAL NOTICE**

1

Unless expressly stated otherwise, this e-mail is intended to be confidential and may be privileged. It is intended for the addressees only. Access to this e-mail by anyone except addressees is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. E-mail communications may be intercepted or inadvertently misdirected. Absent a written engagement letter signed by Thomas & Libowitz, the relationship of attorney/client shall not be, and is not, established solely as a result of the transmission of this e-mail.

U.S. Treasury Circular 230 restricts written federal tax advice contained in this communication (including attachments), and nothing in this message is intended to, or may, be used (a) to avoid any penalty that may be imposed under the internal revenue code or (b) to promote, market or recommend to another party any tax-related matter or transaction.  This disclosure is provided on all outbound e-mails to assure compliance with standards of professional tax practice, pursuant to which certain advice must satisfy requirements as to form and substance.