# EXHIBIT 21

# Frank Laws

| | |
|---|---|
| **From:** | Kim Parker [kp@kimparkerlaw.com] |
| **Sent:** | Wednesday, June 20, 2012 3:20 PM |
| **To:** | Frank Laws |
| **Cc:** | Anastasia Thomas; Jean Longo |
| **Subject:** | RE: Deposition |
| **Importance:** | High |

Frank:

Neither my clients nor I will appear tomorrow for depositions due to recent developments in the underlying bankruptcy case. Specifically, Judge Schneider converted the Top Roofing, Inc., case sua sponte to Chapter 7.
According to my understanding, which I have confirmed with U.S. Trustee's Office, the Chapter 7 Trustee will have authority over the adversary matter.

I trust the foregoing is consistent with your understanding and agreement.

Respectfully,

Kim Parker, Esq.
410-234-2621

---

**From:** Frank Laws [mailto:FLaws@tandllaw.com]
**Sent:** Wednesday, June 20, 2012 2:41 PM
**To:** Kim Parker
**Cc:** Anastasia Thomas; Jean Longo
**Subject:** RE: Deposition
**Importance:** High

Kim:

We have the depositions of Mr. Cox and Top Roofing, Inc. noted for tomorrow. You have not supplemented answers to interrogatories and the documents you have provided are way short of what we requested.

See you tomorrow at 10 am.

Frank

*Francis R. Laws*
*Thomas & Libowitz, P.A.*
*100 Light Street*
*Baltimore, MD 21202*
*(443)927-2119 (direct)*
*(410)752-2468 (switchboard)*
*(410)456-3585 (cell)*
*(410)752-0979 (fax)*
*flaws@tandllaw.com*

**LEGAL NOTICE**

1

Unless expressly stated otherwise, this e-mail is intended to be confidential and may be privileged. It is intended for the addressees only. Access to this e-mail by anyone except addressees is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. E-mail communications may be intercepted or inadvertently misdirected. Absent a written engagement letter signed by Thomas & Libowitz, the relationship of attorney/client shall not be, and is not, established solely as a result of the transmission of this e-mail.

U.S. Treasury Circular 230 restricts written federal tax advice contained in this communication (including attachments), and nothing in this message is intended to, or may, be used (a) to avoid any penalty that may be imposed under the internal revenue code or (b) to promote, market or recommend to another party any tax-related matter or transaction. This disclosure is provided on all outbound e-mails to assure compliance with standards of professional tax practice, pursuant to which certain advice must satisfy requirements as to form and substance.

---

**From:** Kim Parker [mailto:kp@kimparkerlaw.com]
**Sent:** Wednesday, June 20, 2012 2:31 PM
**To:** Frank Laws
**Cc:** Anastasia Thomas
**Subject:** RE: Deposition
**Importance:** High

Mr. Laws:

Consistent with your prior email wherein you stated you would not provide your clients for deposition and with our communication respecting possible settlement of this matter. This will confirm that the deposition of your clients have been cancelled

Attached hereto are the records we promised to provide.

I await your response.

Respectfully,

Kim Parker, Esq.
410-234-2621

---

**From:** Frank Laws [mailto:FLaws@tandllaw.com]
**Sent:** Tuesday, June 19, 2012 4:32 PM
**To:** Kim Parker
**Cc:** Anastasia Thomas
**Subject:** Deposition

Kim:

We will have a settlement offer to you tomorrow. However, although you said you would be supplementing your discovery responses, we have not seen anything yet. Please forward responsive documents via email, or tell us where we can pick them up.

Frank

*Francis R. Laws*
*Thomas & Libowitz, P.A.*
*100 Light Street*
*Baltimore, MD 21202*

*(443)927-2119 (direct)*
*(410)752-2468 (switchboard)*
*(410)456-3585 (cell)*
*(410)752-0979 (fax)*
*flaws@tandllaw.com*

## LEGAL NOTICE

Unless expressly stated otherwise, this e-mail is intended to be confidential and may be privileged. It is intended for the addressees only. Access to this e-mail by anyone except addressees is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. E-mail communications may be intercepted or inadvertently misdirected. Absent a written engagement letter signed by Thomas & Libowitz, the relationship of attorney/client shall not be, and is not, established solely as a result of the transmission of this e-mail.

U.S. Treasury Circular 230 restricts written federal tax advice contained in this communication (including attachments), and nothing in this message is intended to, or may, be used (a) to avoid any penalty that may be imposed under the internal revenue code or (b) to promote, market or recommend to another party any tax-related matter or transaction. This disclosure is provided on all outbound e-mails to assure compliance with standards of professional tax practice, pursuant to which certain advice must satisfy requirements as to form and substance.